# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY GIAMPETRO on his own behalf and others similarly situated,**

    **Plaintiff,**

**-vs-**              **Case No. 6:06-cv-1918-Orl-31DAB**

**STONE SUPERMARKET OF FLORIDA, INC.,**

    **Defendant.**
_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement (Doc. 25), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 21, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

               GREGORY A. PRESNELL
               UNITED STATES DISTRICT JUDGE